UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20 mj 2002- Reid

UNITED STATES OF AMERICA

v.

MYAH TEMETREA DUNCAN,

Defendant.
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013?  _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014?  _____ Yes   __X__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
LACEE ELIZABETH MONK
Assistant United States Attorney
Fla. Bar No. 100322
99 Northeast 4th Street
Miami, FL. 33132-2111
Tel: (305) 961-9427
Fax: (305) 536-4699
Lacee.Monk@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>MYAH TEMETREA DUNCAN,<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  20mj 2002-Reid<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 17, 2019,__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1029(a)(3) | Possession of Fifteen or More Counterfeit Access Devices |
| 18 U.S.C. § 1029(a)(4) | Possession of Device-making Equipment |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kenneth Sealy, TFO, United States Secret Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __01/02/2020__

_____
*Judge's signature*

City and state: __Miami, Florida__    Lisette Reid, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kenneth Sealy, a Task Force Officer ("TFO") with the United States Secret Service ("USSS"), being first duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been a Detective with the Aventura Police Department for the last fifteen years. I am currently assigned as a TFO with the USSS. In this capacity, I conduct investigations of violations of Title 18, including possession of counterfeit access devices and aggravated identity theft. I am an investigative or law enforcement officer of the United States, in that I am empowered by law to conduct investigations and to make arrests for felony offenses, under the authority of Title 18, United States Code, Section 3056.

2. I have received extensive training in the investigation of check fraud, bank fraud, access device fraud, and identity theft. Furthermore, I am a graduate of the Broward Institute of Public Safety Florida Law Enforcement Basic Recruit Academy, and have conducted many investigations involving counterfeit access devices and aggravated identity theft.

### STATUTORY AUTHORITY

3. Title 18, United States Code, Section 1029(a)(3) prohibits a person from knowingly, and with the intent to defraud, possessing fifteen or more devices, which are counterfeit or unauthorized access devices, if the offense affects interstate or foreign commerce.

4. Title 18, United States Code, Section 1029(a)(4) prohibits a person from knowingly, and with intent to defraud, producing, trafficking in, having control or custody of, or possessing device-making equipment, if the offense affects interstate or foreign commerce.

## PURPOSE OF THE AFFIDAVIT

5. This Affidavit is made in support of a criminal complaint, charging Myah Temetrea Duncan ("DUNCAN") with violating Title 18, United States Code, Sections 1029(a)(3) and (a)(4). I respectfully submit that there is probable cause to believe that, on or about December 17, 2019, in Miami-Dade County, in the Southern district of Florida, DUNCAN possessed fifteen or more counterfeit access devices, and access device making equipment, in violation of Title 18, United States Code, Sections 1029(a)(3) and (a)(4).

6. The information set forth in this Affidavit comes from my personal involvement in this investigation, as well as from information provided by other sworn law enforcement officers, including Special Agents with the USSS, and from bank investigators involved in this investigation. This Affidavit does not include every fact law enforcement knows about this investigation. Rather, this Affidavit contains only those facts necessary to establish probable cause for the issuance of the criminal complaint against DUNCAN for the aforementioned criminal violations.

## PROBABLE CAUSE

7. On or about December 17, 2019, police officers observed a 2016 Gray Ford Fusion (the "Vehicle") driving inside a parking garage at the Aventura mall. The Vehicle had an unreadable and worn temporary license plate from Texas. Officers initiated a traffic stop on the vehicle due to the violation of Florida's uniformed traffic code, which requires motor vehicles to display a clearly visible and legible license plate at all times.

8. Upon approaching the Vehicle, officers discovered that DUNCAN was the driver and sole occupant of the Vehicle. DUNCAN could not produce a driver's license or picture identification, and instead, provided law enforcement with her name and date of birth. Officers

conducted a records check of the Vehicle, which confirmed DUNCAN owned the Vehicle, but further revealed that the Vehicle's registration was invalid and had expired in April 2019.

9.  Officers thereafter took DUNCAN into custody for criminal traffic offenses and initiated an inventory search of the Vehicle prior to towing it in accordance with their agency's policy. During the inventory search, officers located a credit card skimming device[1] and observed multiple gift cards and debit cards throughout the Vehicle. As a result, officers ceased the inventory search, sealed the Vehicle, and obtained a state search warrant for the Vehicle.

10. During the subsequent search of the Vehicle, officers recovered multiple items, including a credit card skimmer, a laptop, and over 100 gift cards and debit cards (collectively, the "Cards"). Upon checking the magnetic strip on the Cards, officers discovered that over seventy of the Cards were reprogrammed with stolen credit card account numbers that do not match the account numbers embossed on the Cards.

11. Officers also discovered that approximately five of the debit cards were embossed with DUNCAN's name, but the account numbers encoded on the cards did not match the account numbers embossed on the cards. Officers also located a counterfeit Florida driver's license with the personal identification information of "A.I.," but baring DUNCAN's photograph.

12. Officers thereafter determined that approximately twenty-four of the re-encoded cards had accounts belonging to Eastman Credit Union. Officers contacted Eastman Credit Union and verified that the accounts were compromised and that DUNCAN was not in legal possession of the account numbers.

---

[1] A credit card skimmer is "device-making equipment" pursuant to Title 18, United States Code, Section 1029(e)(6).

## CONCLUSION

13. Based on my training and experience and the facts detailed above, I respectfully submit that that there is probable cause to believe that, on or about December 17, 2019, in Miami-Dade County, in the Southern District of Florida, DUNCAN, did knowingly, and with the intent to defraud, possess fifteen or more counterfeit access devices, in violation of Title 18, United States Code, Section 1029(a)(3), and access device making equipment, in violation of Title 18, United States Code, Section 1029(a)(4).

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

_____
Kenneth Sealy
Task Force Officer
United States Secret Service

Subscribed and sworn to before me on January 2, 2020.

_____
HONORABLE LISETTE REID
UNITED STATES MAGISTRATE JUDGE